IN RE DETERMINATION OF EXECUTIVE COMMISSION ON ETHICAL STANDARDS RE: APPEARANCE OF RUTGERS ATTORNEYS BEFORE THE COUNCIL OF AFFORDABLE HOUSING ON BEHALF OF THE CIVIC LEAGUE PLAINTIFFS.

September 27, 1988.

Petition for certification granted. (See 222 *N.J.Super.* 482)

ALICIA M. FRIEDMAN v. RICHARD J. FRIEDMAN.

September 27, 1988.

Petition for certification denied.

GEORGE H. BECKER, JR., ET AL. v. SUNRISE AT ELKRIDGE, ETC., ET AL.

September 27, 1988.

Petition for certification denied. (See 226 *N.J.Super.* 119)

OLIVIA HOWARD, P.C. v. JUDITH GAYLES AND JEREMY DOPPELT, ESQ.

September 27, 1988.

Petition for certification denied.